# Court of Appeals
# of the State of Georgia

ATLANTA,  November 19, 2014

*The Court of Appeals hereby passes the following order:*

## A14A2022. TAYLOR, JR. v. TAYLOR-NEWTON.

Billy E. Taylor, Jr., filed a pro se notice of appeal from the trial court's March 19, 2014 and April 1, 2014 orders finding him in contempt for failure to pay child support in the amount set forth in a prior order. Because the underlying issue is child support, it is a domestic relations matter.[1] Appeals in domestic relations cases must be taken by application for discretionary appeal as required under OCGA § 5-6-35 (a) (2). Taylor's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby **DISMISSED**.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/19/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] See *Smoak v. Department of Human Resources*, 221 Ga. App. 257 (471 SE2d 60) (1996). Compare with *Collins v. Davis*, 318 Ga. App. 265, 266-269 (1) (733 SE2d 798) (2012).